CORONET REALTY CORPORATION, Respondent, v. HENRY FELSENSTEIN and

Joseph Rafelowitz, Appellants.— Order granting temporary injunction affirmed, with ten dollars costs and disbursements. We think that this case should be promptly tried, after which, if either party feels aggrieved, the matter may be determined upon appropriate findings. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.